[No. 2697–3. Division Three. May 8, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNY HALL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 25604, Harold D. Clarke, J., entered November 28, 1977. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 2789–3. Division Three. May 10, 1979.]

*In the Matter of the Personal Restraint of* GERALD SULLIVAN, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 2753–3. Division Three. May 10, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD ALLEN ROENSPIES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Chelan County, No. 5211, Lawrence Leahy, J., entered December 19, 1977. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff and Roe, JJ.